IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUBERT QUENTELL WARREN, | § | |
| ID # 2526727, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 3:26-CV-2986-M-BW |
| | § | |
| STATE OF TEXAS, | § | |
| *Respondent*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the objection, and conducting a *de novo* review in accordance with 28 U.S.C. § 636(b)(1), the Court **ACCEPTS** the Findings and Conclusions of the Magistrate Judge. By separate judgment, the Court will **DISMISS** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, received on September 2, 2026 (ECF. No. 3), without prejudice for failure to exhaust state remedies.

In accordance with Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c) and after considering the record in this case and the recommendation of the Magistrate Judge, the Court **DENIES** Petitioner a certificate of appealability. The Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation in support of its finding that Petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the

constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

In the event that Petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* accompanied by a properly signed certificate of inmate trust account.

**SO ORDERED** this 9th day of November, 2026.

Kasdin M. Mitchell

**KASDIN M. MITCHELL**
**UNITED STATES DISTRICT JUDGE**